UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YUNKEUNG LEE,

        Plaintiff,

  - against -

UNITED STATES OF AMERICA
DEPARTMENT OF THE ARMY and CHARLES
TYKEE GRAY,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
11-CV-331 (RRM)(CLP)

        A Memorandum and Order of the undersigned having been issued this day granting defendants' motion to dismiss, dismissing plaintiff's complaint without prejudice, and directing the Clerk of the Court to close this case; it is

        ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the complaint is dismissed without prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       August 9, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge